B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fletcher Granite Company, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**04-3457090** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**534 Groton Road**<br>**Westford, MA**<br><br>ZIP Code<br>**01886** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fletcher Granite Company, LLC** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)            (Date)</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fletcher Granite Company, LLC** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

---

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**David Reier**
Printed Name of Attorney for Debtor(s)

**Posternak Blankstein & Lund LLP**
Firm Name

**Prudential Tower
800 Boylston Street
Boston, MA 02199-8004**
Address

**617-973-6100  Fax: 617-367-2315**
Telephone Number

**August 2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**The O'Connor Group, Inc. by Steven Petrarca, Director**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**August 2, 2010**
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## WRITTEN CONSENT OF THE MAJORITY OF MANAGERS OF
## FLETCHER GRANITE COMPANY, LLC IN LIEU OF A SPECIAL MEETING
### (As of July 19, 2010)

The undersigned, being a majority of the three Managers of Fletcher Granite Company, LLC, a Massachusetts limited liability company (the "Company"), hereby consent to the adoption of the following resolutions in the name of and on behalf of the Company:

RESOLVED: That The O'Connor Group, Inc., a Massachusetts corporation, or at the election of The O'Connor Group, either Steven Petrarca or James O'Connor, individually, be, and hereby is, elected to serve the Company as Chief Restructuring Officer (the "CRO"), to hold office until resignation, or the Managers, by a majority vote, taken in accordance with the terms of the Operating Agreement, shall terminate its office, or until its successor is duly elected and qualified; and

RESOLVED: That the duties of the CRO shall include without limitation those duties generally performed by a chief executive officer of a Massachusetts corporation, including, but not limited to, (i) managing the day-to-day business and affairs of the Company, (ii) implementing a program to liquidate the assets of the Company consistent with applicable law; (iii) providing financial and operating information to Sovereign Bank, N.A. and its affiliates, (iv) negotiating with the creditors of the Company, and (v) disbursing proceeds from time to time to creditors as may be appropriate and consistent with applicable law; and

RESOLVED: That this Company seek relief under the United States Bankruptcy Code, 11 U.S.C. §101, et. seq., at such times as the CRO shall deem such relief necessary or appropriate; and

RESOLVED: That the Officers of the Company, including, without limitation, the CRO (the "Authorized Officers"), and each of them acting singly, are hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) to execute on behalf of this Company such petitions, schedules and statements of affairs and other materials as they may deem necessary or appropriate in connection therewith, (iii) to appear on behalf of this Company at the Section 341 Meeting of Creditors, or otherwise to act on behalf of this Company in such proceedings, and (iv) to execute such further documents and do such further acts as they may deem necessary or appropriate with respect to the foregoing, the execution of any such document and the doing of any act by them in connection with such proceedings to be conclusively presumed to be authorized by this resolution; and

RESOLVED: That the law firm of Postemak Blankstein & Lund LLP and David J. Reier, Esquire of that firm and/or such other counsel as the CRO shall designate, be and hereby is retained as bankruptcy counsel under general

retainer to represent the Company in all proceedings commenced under or resulting from this resolution; and

RESOLVED: That any and all actions heretofore or hereafter taken in the name of or on behalf of the Company in good faith by any of said persons or entities in furtherance of the purposes of the foregoing resolutions or in connection with the transactions contemplated therein are hereby ratified, confirmed, and adopted as the acts of the Company.

RESOLVED: That this written consent of the Managers be filed in the Minute Book of the Company.

Notice of all formalities in connection with the foregoing votes and the actions taken herein are hereby waived.

This Written Consent of a Majority of Managers in Lieu of a Special Meeting may be executed in several counterparts, each of which shall be deemed an original, and all such counterparts shall together constitute one and the same instrument. A signature page to any counterpart may be detached from such counterpart without impairing the legal effect of the signatures thereon and thereafter attached to another counterpart having attached to it additional signature pages.

EXECUTED as of the date first written above.

MANAGERS:

_____
V.B. Castellani

_____
Kathleen Herbert

_____
Bernard J. Pointer

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   **Fletcher Granite Company, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| CO.FI Plast USA Inc.<br>221 Railway<br>Milbank, SD 57252 | Maruizio Enrietti<br>CO.FI Plast USA Inc.<br>221 Railway<br>Milbank, SD 57252<br>605-432-5279 | Trade debt | | 173,179.88 |
| National Grid<br>PO Box 1005<br>Woburn, MA 01807-1005 | Peter Seitz<br>National Grid<br>300 Erie Blvd. West B-2<br>Syracuse, NY 13202<br>(315) 460-7228 | Utilities | | 137,945.34 |
| FC CONST/ JH LYNCH JTCK RI<br>PO Box 1630<br>Westport, MA 02790 | Paul Leofanti<br>FC CONST/ JH LYNCH JTCK   RI<br>PO  Box 1630<br>Westport, MA 02790<br>401-333-4300 | Trade debt | | 102,847.00 |
| Rucci, Bardaro & Barrett, PC<br>919 Eastern Ave.<br>Malden, MA 02148 | Christopher Barrett<br>Rucci, Bardaro & Barrett, PC<br>919 Eastern Ave.<br>Malden, MA 02148<br>781-321-6065 | Accounting | | 99,495.41 |
| Middlesex Corporation<br>8 Grant Ave.<br>Belmont, MA 02790 | Richard C. Engrassia<br>Middlesex Corporation<br>8 Grant Ave.<br>Belmont, MA 02790<br>617-484-5480 | Trade debt | Subject to Setoff | 98,522.71 |
| Massachusetts Department of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114 | Stephanie Joyce<br>Massachusetts Department of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114<br>617-484-5480 | Sales tax | | 89,703.77 |
| National Grid (Keyspan)<br>PO Box 4300<br>Woburn, MA 01888-4300 | Rose McCarthy<br>National Grid (Keyspan)<br>PO Box 4300<br>Woburn, MA 01888-4300<br>(315) 460-7217 | Utilities | | 88,528.18 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Fletcher Granite Company, LLC** _____    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Technowire Company, Inc.<br>PO Box 7<br>Elberton, GA 30635 | Massoud Besharat<br>Technowire Company, Inc.<br>PO Box 7<br>Elberton, GA 30635<br>706-283-4417 | Trade debt | Disputed | 87,147.00 |
| Tianjin Foreign Trade Co., Ltd<br>No. 50 Nanjing Rd.<br>Tianjin, China PC 00030-0050 | Adam J. Basch, Esq.<br>Bacon Wilson Attorneys at Law<br>33 State Street<br>Springfield, MA 01103<br>413-781-0560 | Trade debt | | 70,682.00 |
| Davis,Malm & D'Agostine<br>One Boston Place<br>Boston, MA 02108 | Thomas Fitzpatrick<br>Davis,Malm & D'Agostine<br>One Boston Place<br>Boston, MA 02108<br>617-589-3865 | Legal | | 50,687.61 |
| Husqvarna Construction Product<br>PO  Box 2771<br>Carol Stream, IL 60132-2771 | Elizabeth Dixon<br>Husqvarna Construction Product<br>PO  Box 2771<br>Carol Stream, IL 60132-2771 | Trade debt | | 50,566.66 |
| Consigli Construction<br>72 Summer St.<br>Milford, MA 01757 | Claude Levesque<br>Consigli Construction<br>72 Summer St.<br>Milford, MA 01757<br>508-458-0439 | Trade debt | | 50,091.61 |
| Lighthouse Masonry Inc<br>1 Coffin Ave.<br>New Bedford, MA 02746 | Joe Martins<br>Lighthouse Masonry Inc<br>1 Coffin Ave.<br>New Bedford, MA 02746<br>508-995-0192 | Trade debt | Subject to Setoff | 46,534.23 |
| Dennis K. Burke, Inc.<br>PO Box 3639<br>Boston, MA 02241 | Edmund K. Burke<br>Dennis K. Burke, Inc.<br>PO Box 3639<br>Boston, MA 02241<br>617-884-7800 | Trade debt | | 43,731.55 |
| Marois Brothers, Inc.<br>965 Millbury St.<br>Worcester, MA 01607 | Norman Marois<br>Marois Brothers, Inc.<br>965 Millbury St.<br>Worcester, MA 01607<br>508-791-8134 | Trade debt | | 35,623.66 |
| Granite State Concrete<br>180 Phoenix Ave.<br>Lowell, MA 01852 | John Maclelland<br>Granite State Concrete<br>180 Phoenix Ave.<br>Lowell, MA 01852<br>978-458-1223 | Trade debt | | 35,408.83 |

B4 (Official Form 4) (12/07) - Cont.

In re __Fletcher Granite Company, LLC__                          Case No. _____
                                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Aggregate Industries NE Region**<br>**1715 Broadway**<br>**Saugus, MA 01906** | **Bill Bolsover**<br>**Aggregate Industries NE Region**<br>**1715 Broadway**<br>**Saugus, MA 01906**<br>**781-941-7200** | **Trade debt** | **Subject to Setoff** | **33,139.20** |
| **Gerald D. Sarno**<br>**5 Cliff Road**<br>**Gloucester, MA 01930** | **Gerald D. Sarno**<br>**5 Cliff Road**<br>**Gloucester, MA 01930**<br>**978-283-3304** | **Trade debt** | | **31,607.40** |
| **Cashman & Lovely PC**<br>**60 Austin St.**<br>**Suite 210**<br>**Newtonville, MA 02460** | **John Lovely**<br>**Cashman & Lovely PC**<br>**60 Austin St.**<br>**Suite 210**<br>**Newtonville, MA 02460**<br>**(617) 340-3467** | **Legal** | | **30,802.20** |
| **Advanced Fluid Systems**<br>**PO Box 360**<br>**Royersfort, PA 19468** | **Amy Horrocks**<br>**Advanced Fluid Systems**<br>**PO Box 360**<br>**Royersfort, PA 19468**<br>**610-948-1000** | **Trade debt** | | **30,562.84** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __August 2, 2010__                 Signature _____

                                        **The O'Connor Group, Inc. by Steven Petrarca, Director**
                                        **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Massachusetts

In re   **Fletcher Granite Company, LLC** _____    Case No. _____
                                    Debtor(s)                    Chapter      **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August  2, 2010** _____

_____
**The O'Connor Group, Inc. by Steven Petrarca, Director/Chief
Restructuring Officer**
Signer/Title

Adam J. Basch, Esq.
Bacon Wilson Attorneys at Law
33 State Street
Springfield, MA 01103

ADP, Inc.
PO Box 9001006
Louisville, KY 40290-1006

Advanced Fluid Systems
PO Box 360
Royersfort, PA 19468

Aggregate Industries NE Region
1715 Broadway
Saugus, MA 01906

Air Compresor Rebuilders
488 Main St.
Leominster, MA 01453

Airgas East
PO Box 827049
Philadelphia, PA 19182-7049

Airgas Safety, Inc.
PO Box 951884
Dallas, TX 75395-1884

Alberto V. Dinis
4 Joiners Ct.
3rd Floor
Lowell, MA 01852

Alfredo S. Nicolau
25 Fort Hill Ave.
Lowell, MA 01852

All States Transport, Inc.
PO Box 80029
Springfield, MA 01138

Allied Waste Service
PO Box 9001099
Louisville, KY 40290-1099

Allstate Paving Co., Inc.
PO Box 2062
Westford, MA 01866

American Express
PO Box 2855
New York, NY 10116-2855

Amesbury Foundry
56 Mill St.
Amesbury, MA 01913

Amherst Label
PO Box 596
Milford, NH 03055

Analisa DelloRusso White
124 Plain Rd.
Westford, MA 01886

Andrzej Najwer
12 Village Lane
Unit 34
Tyngsboro, MA 01879

Apollo Motor Express
PO Box 149
Millbury, MA 01527

Arnold Lumber Inc.
251 Fairgrounds Rd.
PO Box 217
West Kingston, RI 02892

ASAP Fire and Safety Corp.
90 Progress St.
Unit #3
Tyngsboro, MA 01879

Aspen Publishers
4829 Innovation Way
Chicago, IL 60682-0048

Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

Austin Clough
RFD Lbox 27
Slip Rd.
Greenfield, NH 03047

Automation Direct.com, Inc.
PO Box 402417
Atlanta, GA 30384-2417

Avelino M. DeAgrela
33 Boston Rd.
Lowell, MA 01852

Bain Pest Control Service
1320 Middlesex St.
Lowell, MA 01851-1297

Balas, Alphen & Santos, P.C.
200 Littleton Rd.
Westford, MA 01886

Belmont and Crystal Springs
PO Box 660579
Dallas, TX 75266-0579

Benefit Strategies, Inc.
PO Box 1300
Manchester, NH 03105-1300

Benefit Strategies, Inc.
PO Box 1660
Manchester, NH 03105-1660

Bernard Pointer
11 Crestwood Dr.
Hollis, NH 03049

Bicknell Supply Co.
PO Box 967
Rockland, ME 04841-0967

Bilco Wire Rope & Supply Corp.
1285 Central Ave.
Hillside, NJ 07205

Boston Centerless
11 Presidential Way
Woburn, MA 01801

Boston Mutual Life Insurance
PO Box 844033
Boston, MA 02284-4033

Braxton-Bragg Corporation
PO Box 5407
Knoxville, TN 37924

Brenda M. Lamy
126 Willowdale Rd.
Tyngsboro, MA 01879

Brenda M. Lamy
126 Willowdale Road
Tyngsboro, MA 01879

Broadview Networks
PO Box 9242
Uniondale, NY 11555-9242

Brooks, Michael


C.J. Mabardy
50 Mooney St.
Cambridge, MA 02138

Cableworks, Inc.
PO Box 651
Putnam, CT 06260

CAPUANO CONSTRUCTION
48 Slayton Rd
Melrose, MA 02176

Carl J. Gibbs
109 Broadston Dr.
Mars, PA 16046

Carlton L. Carter
10 Rosedale St.
Hooksett, NH 03106

Carparts of Tyngsboro
63 Middlesex Rd.
Tyngsboro, MA 01879

Carrieres Polycor


Cashman & Lovely PC
60 Austin St.
Suite 210
Newtonville, MA 02460

Castellani, Victor
251 Commonwealth Ave.
Boston, MA 02116

Catron-Theimeg, Inc.
PO Box 200477
Pittsburgh, PA 15251-0472

CCIA
912 Silas Deane Hwy.
Wethersfield, CT 06109

Celestino R. Lourenco
305 Concord Rd.
Lowell, MA 01852

Cembre
181 Fieldcrest Ave.
Edison, NJ 08837

CENEDELLA MASONRY
19 East Walnut St.
Milford, MA 01757

Charles Precourt & Sons Inc
46 Union ST
Sudbury, MA 01776

CHARLES R. TODD CONTRATOR, INC
4 Stearns Lane
Billerica, MA 01821

Charles T. Leurini
94 Armory Rd.
Milford, NH 03055

Charrette LLC

Chase Electric MTR/DBA Wright
78 Londonderry Tpke
Unit G1
Hooksett, NH 03106

Chelmsford Auto Electric
141 Middlesex Rd.
Tyngsboro, MA 01879

Cheryl A. Gaulin
18 Maple St.
Lot #1
Pepperell, MA 01463

Christopher M. Morin
1 Whitney Dr.
Westford, MA 01886

CIM/Construction Industry of MA
PO Box 667
Norwood, MA 02062

City of Attleboro
C/O Hwy Dept.
77 Park St.
Attleboro, MA 02703

CLASSIC SITE SOLUTIONS INC.
70 Margaret Ln
Ludlow, MA 01056

Cloutier, Mary

CO.Fl Plast USA Inc.
221 Railway
Milbank, SD 57252

COASTAL CONSTRUCTION CORP
22 Depot St.
Duxbury, MA 02331

Comm of MA/Dept of Environ. Protection
PO Box 3982
Boston, MA 02241-3982

Consigli Construction
72 Summer St.
Milford, MA 01757

Consolidated Lumber Transport
PO Box 15090
Newark, NJ 07192-5090

Controls for Automation Inc.
PO Box 4126
Dedham, MA 02027-4126

Copilabs
49 Methuen St.
Lawrence, MA 01840

COSTA BROTHERS MASONRY, INC.
7 Lamberth Park Dr
Fairhaven, MA 02719

CRA Payment Center
PO Box 3900
Lancaster, PA 17604-3900

Cummins Northeast, Inc.


Curb Sales - Custom
540 Groton Rd.
Westford, MA 01886

Cut Stone Custom Sales
540 Groton Rd.
Westford, MA 01886

Cynthia J.M. Trudel
12 Heritage Rd.
Pelham, NH 03076


Cynthia Trudel

D & L Thomas Equipment Corp.
PO Box 200
Spofford, NH 03432

D&W Diesel, Inc.
1503 Clark St. Rd.
Auburn, NY 13021-9593

D'Amico & Chenelle


Daigh Company, Inc.
2393 Canton Hwy.
Suite 400
Cumming, GA 30040

Dale D. Keirstead
152 Temple St.
W. Boylston, MA 01583

Daniel J. McGrath
5 Cedar Circle
Townsend, MA 01469

David B. Morin
96 Catherine St.
Dracut, MA 01826

David J. St. Pierre
458 Walnut St.
Apt. #4
Manchester, NH 03104

David M. Psaledas
426 Laurel St.
Manchester, NH 03103

David St. Pierre


Davis,Malm & D'Agostine
One Boston Place
Boston, MA 02108

Delta Energy Services, LLC
PO Box 712384
Cincinnati, OH 45271-2384

Dennis J. Salisbury
31 Woodlawn Ave.
Billerica, MA 01821

Dennis K. Burke, Inc.
PO Box 3639
Boston, MA 02241

Diesel Equipment Inc.
PO Box 670
Seabrook, NH 03874

DJ Salyer, Inc.
85 River Rd.
Suite 28, Box 8
Bow, NH 03304-3331

Donald E. Grenier
1378 Mammoth Rd.
Dracut, MA 01826

E.W. Larson Reload, Inc.
38 Old Auburn Rd.
Derry, NH 03038

Earthlink
PO Box 790216
St. Louis, MO 63179-0216

Eastern Bearings Inc.
PO Box 540647
Waltham, MA 02454

Ed Shive Tire and Battery Inc.
PO Box 250
Elberton, GA 30635

Edward H. Dame
51 Kimball Hts.
Greenville, NH 03048

Eutectic Corporation
PO Box 88893
Milwaukee, WI 53288-0893

Everett D. Ramsdell
1 Wall St.
Milford, NH 03055

Everett Enterprises, Inc.
PO Box 87
Arlington, MA 02174

EW Larson & Sons, Inc.
38 Rhodes St.
Billerica, MA 01821-3881

F.C. Construction Corp
PO Box 1630
Westport, MA 02790

F.W. Webb
160 Middlesex Turnpike
Bedford, MA 01730

Farmers Hardware
1211 Atlanta Hwy.
Madison, GA 30650

FC CONST/ JH LYNCH JTCK    RI
PO Box 1630
Westport, MA 02790

FC CONST/ LAWRENCE LYNCH JTCK
PO Box 1630
Westport, MA 02790

FC CONST/ PAOLINI CORP
PO Box 1630
Westport, MA 02790

FedEx
PO Box 371461
Pittsburgh, PA 15250-7630

Fletcher Granite Mutual
540 Groton Rd.
Westford, MA 01886

Fracccaroli & Balzan s.r.l.
37026 Pescantina (VR)
FR

Francis G. Makos Jr.
1 Robert Rd.
Tyngsboro, MA 01879

Frank B. Ormonde
114 Photine Dr.
Lowell, MA 01854

Frank P. McCartin Co.
PO Box 1599
Lowell, MA 01853-1599

Frank P. Silva
102 Plain Rd.
Westford, MA 01886

Frank V. Ward
40 North St.
Milford, NH 03055

Frederickseal, Inc.
461 Straw Rd.
Manchester 03102-2594

Gary D. Knox
6 Beech St.
Lowell, MA 01850

GCR Truck Tire Centers
459 E. Industrial Park Dr.
Manchester, NH 03109

GE Capital
PO Box 642555
Pittsburgh, PA 15264-2555

Geiger Brothers
PO Box 712144
Cincinnati, OH 45271-2144

Georgia Stone Industries
15 Branch Pike
Esmond, RI 02917

Gerald D. Sarno
5 Cliff Road
Gloucester, MA 01930

GLEASON/INESON STONE SUPPLIER
55 Turbine Rd.
Merrimack, NH 03054

Global Source Link
PO Box 870871
Kansas City, MO 64787-0871

GMAC
PO Box 9001952
Louisville, KY 40290-1952

Granite City Electric Supply
PO Box 699189
Quincy, MA 02269-9189

Granite City Tool Co. Of VT
PO Box 411
Barre, VT 05641

Granite State Concrete
180 Phoenix Ave.
Lowell, MA 01852

Granite State Council

Gray, Gray & Gray, LLP
34 Soutwest Park
Westwood, MA 02090

GZA Envirnomental
PO Box 711810
Cincinnati, OH 45271-1810

Happyfellow Investments Ltd.

Harvard Pilgrim Healthcare
PO Box 970050
Boston, MA 02297-0050

Hermel Grenier
2 Melody Lane
Londonderry, NH 03053

Hilario A. Carreti
134 Bowden St.
Apt. 102
Lowell, MA 01852

Home Depot Credit Services
PO Box 9055
Des Moines, IA 58368-9055

Hudson Monuments
72 Dracut Road
Hudson, NH 03051

Hudson Monuments, Inc.

HUNTER GRANITE SALES, INC.
PO Box 884
Elberton, GA 30635

Husqvarna Construction Product
PO  Box 2771
Carol Stream, IL 60132-2771

Industrial Hearing Testing
19 Midstate Dr.
Suite 220
Auburn, MA 01501

Industrial Solutions
PO  Box 3808
Nashua, NH 03061

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

ITT Flygt Corporation
PO Box 371630
Pittsburgh, PA 15250-7630

J & B Trucking
PO Box 89
Pinehurst, MA 01866

James R. Dupell
108 Souhegan Ave.
Amherst, NH 03031

Jan Moskal
14 Kathleen Circle
Lowell, MA 01852

Jeffrey C. Willett
51 Mill St.
Pepperell, MA 01463

Jeffrey N. Testa
33 Seminole Rd.
Pepperell, MA 01463

Joao M. Brazil
PO Box 967
Lowell, MA 01852

Joao M. Pacheco
92 Third St.
Lowell, MA 01850

John C. Mackey
6 Autumn Leaf Dr.
Unit 1
Nashua, NH 03060

John C. Ward
18 Springvale Ave.
Brookline, NH 03033

Jose M. Meneses
236 Maple St.
Tewksbury, MA 01876

Joseph R. Oliver Jr.
739 Hildreth St.
Dracut, MA 01826

JPM Hydraulics
131 Montreau St.
Lowell, MA 01852-4483

Kamar Jo Adamo
426 Laurel St.
Manchester, NH 03103

Kate Fitzpatrick, Assistant Attorney Gen
Massachusetts Attorney General
Fair Labor Division
One Exchange Place
Worcester, MA 01608

Kathleen Herbert
122 Wilsonville Rd.
N. Grosvenordale, CT 06255

Kathleen Herbert, Plan Administrator
122 Wilsonville Road
North Grosvenordale, CT 06255

Kathleen K. Herbert
122 Wilsonville Rd.
N. Grosvenordale, CT 06255

Kaufman Company Co., Inc.
PO Box 9126
Norwood, MA 02062-9126

Keirstead, Dale


Keith W. Bomil
166 Burnham Rd.
Lowell, MA 01852

Kenneth J. Collette
66 Mission Rd.
Tyngsboro, MA 01879

Kevin D. McElhiney
12 Stoneview Dr.
Westford, MA 01886

Kimball Midwest
Dept L-2780
Columbus, OH 43260-2780

Kingsbury, Ron
9 Kingsbury Rd.
Thompson, CT 06277

Kinney Towing & Transportation
15A Caldwell Dr.
Amherst, NH 03031

Konecranes Inc.
136 Rockwell St.
Newington, CT 06111

Konrad Jach
1867 Middlesex St.
Apt. 209
Lowell, MA 01851

Kristopher L. Saunders
21 Ellen Brook Rd.
Hillsboro, NH 03244

L. Mastrotilli
34 Regency Dr.
Dracut, MA 01826

Landscape Contractor Sales
540 Groton Rd.
Westford, MA 01886

Leobardo Nanez
69 Loring St.
Lowell, MA 01851

Lighthouse Masonry Inc
1 Coffin Ave.
New Bedford, MA 02746

Louise H. Stevens
18 Shelburne Rd.
Nashua, NH 03063

Lynn M. Trudel
48 Century Lane
Litchfield, NH 03052

MA Dept of Public Utilities
One South Station
Boston, MA 02110

MACKAY CONSTRUCTION SERVICES
84 Winnisimmet St.
Chelsea, MA 02150

Magdalena A. Najwer
12 Village Lane
Unit 34
Tyngsboro, MA 01879

Maine Truck Maintenance
259 Main St.
Fairfield, ME 04937

Mammoth Lumber
101 Mammoth Dr.
Pelham, NH 03076

Mark A. Huard
30 Oak St.
Tyngsboro, MA 01879

Marlin Leasing Corp
PO Box 13604
Philadelphia, PA 19101-3604

Marois Brothers, Inc.
965 Millbury St.
Worcester, MA 01607

Mary Y. Cloutier
24 First St.
Chelmsford, MA 01824

Mass Crane & Hoist Service
72 Progress Ave.
Tyngsboro, MA 01879

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Masterman's
PO  Box 411
Auburn, MA 01501

Maxam Northeast
PO Box 57753
Murray, UT 84157-0753

McAffee
PO Box 60157
Los Angeles, CA 90060-0157

McCourt Construction Co 2008
365 Dorchester Ave.
S. Boston, MA 02127

McKittrick Hardware
60 Fletcher St.
Lowell, MA 01852

MERRIMAC TILE
18 Tsienneto Rd.
Derry, NH 03038

Metlife Small Business Ctr.
PO Box 804466
Kansas City, MO 64180-4486

Metric Screw & Tool Co.
9 Lake St.
Wakefield, MA 01880

MICHAEL A. RUGGERI
157 Warren ST
Waltham, MA 02154

Michael Brooks
14 Dear Lane
Milford, NH 03055

Michael C. Estabrook
44 Osgood Rd.
Milford, NH 03055

Michael J. Keenan
79 Park Ave. East
Lowell, MA 01852

Michael J. Keenan
76 Park Ave. East
Lowell, MA 01852

Michael J. Minichiello
15 Franconia Dr.
Merrimack, NH 03054

Middlesex Corporation
8 Grant Ave.
Belmont, MA 02790

Middlesex Gases & Tech., Inc.
PO Box 490249
Everett, MA 02149

Miles Supply Company
143 Boynton St.
Barre, VT 05641

Milford Contractor Sales

Mill Metals Corporation
62 Maple St.
Manchester, NH

MINELLI CONSTRUCTION CO., INC.
300 Corporate Plaza
Islandia, NY 11722

Motion Industries, Inc.
PO Box 414444
Boston, MA 02241-4444

MSC Industrial Supply
Dept. CH 0075
Palatine, IL 60055-0075

N. Chelmsford Water District
PO Box 655
N. Chelmsford, MA 01863

Nathaniel O. Davis
10 Pearl St.
Apt. 2
Methuen, MA 01844

National Grid
PO Box 1005
Woburn, MA 01807-1005

National Grid (Keyspan)
PO Box 4300
Woburn, MA 01888-4300

Naylor Publications Inc.
PO Box 847865
Dallas, TX 75284-7865

Ndricim Baboci
14 Apple Dr.
Townsend, MA 01469

NE Communications Sys Inc.
60 Jonspin Rd.
Wilmington, MA 01887

New Hampshire Hydraulics
3 Columbia Circle
Merrimack, NH 03054-4139

Newport Construction Corp
3 Bud Way
Unit 3
Nashua, NH 03063

NH Dept. Health & Human Services
PO Box 9501
Manchester, NH 03108

Noonan Bros Petroleum Products
PO Box 400
W. Bridgewater, MA 02379

Norbert F. Silva
44 Corbert St.
Lowell, MA 01852

Norman E. Day, Inc.
116 Perimeter Rd.
Unit E
Nashua, NH 03063

Norse Environmental Services
130 Middlesex Rd.
Unit 15
Tyngsboro, MA 01879

North Shore Data Services Inc.
34 Rogers Rd.
Haverhill, MA 01835

Northwood Forge
301 First NH Turnpike
Northwood, NH 03261

Nstar Electric
PO Box 4508
Woburn, MA 01888-4508

Old Castle 4D Shusters
PO Box 502168
Atlanta, GA 31150

Old World Cobble, LLC
6 Colletti Lane
Swansea, MA 02777

Omni Services
PO Box 3500 16
Boston, MA 02241-0516

ONE Communications
PO Box 415721
Boston, MA 02241-5721

P C M  CONSTRUCTION CO. INC.
81 Westford Rd
Ayer, MA 01432

Packaging Unlimited
24 Teed Drive
Randolph, MA 02368

Page after Page
238B Cherry St.
Shrewsbury, MA 01545

Papsuns Drilling Supplies
291 Schultz Lane
Mountain Top, PA 18707

Park Industries
PO Box 188
St. Cloud, MN 56302

Paul Ward
137 Rte 13
Brookline, NH 03033

Pearson & Pearson LLP
10 George St.
Gateway Ctr.
Lowell, MA 01852

Pedro M. Tavares
30 Waite St.
Lowell, MA 01851

Pitney Bowes Credit Corp.
PO Box 856460
Louisville, KY 40285-6460

Posternak, Blankstein & Lund LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199

Power Washer Sales
PO Box 1542
Littleton, MA 01460

Premium Financing Specialists
PO Box 9045
New York, NY 10087-9045

Psaledas, David
426 Laurel St.
Manchester, NH 03103

Public Service of NH
PO Box 360
Manchester, NH 03105-0360

Randall F. Knowles
152 Plain Rd.
Westford, MA 01886

Randy J. Sargent
32 Morton St.
Lowell, MA 01852

Randy M. Smith
31 Heritage Way
Milford, NH 03055

Raymond Francour
89 Tondreau St.
Manchester, NH 03102

REBTek
423 E. Montpelier Rd.
Barre, VT 05641

Reinaldo M. Carreti
29 Wason Rd.
Hudson, NH 03051

RI Division of Taxation
One Capital Hill
Providence, RI 02908-5813

Richard B. Stone
25 Cedar Point Rd.
Durham, NH 03824

Richard E. Simpson
9 Belmont Rd.
Billerica, MA 01821

Robert A. Rogers
305 Windham Rd.
Pelham, NH 03076

Robert E. Stark
219 Mile Slip Rd.
Milford, NH 03055

Rockdale Water Resources
PO Box 1378
Conyers, GA 30012-1378

Rockmore International
10065 SW Commerce Circle
Wilsonville, OR 97070

Roland H. Lacourse
27 Hoover St.
Dracut, MA 01826

Rucci, Bardaro & Barrett, PC
919 Eastern Ave.
Malden, MA 02148

Sabino Figueiredo
14 Penn Ave.
Lowell, MA 01852

Saints Memorial Medical Ctr.
PO Box 30
Lowell, MA 01853

Salem Distributing
PO Box 536731
Atlanta, GA 30353-6731

Sargent & Associates
20A Chelmsford St.
Chelmsford, MA 01824

Scott R. Smith
31 Heritage Way
Milford, NH 03055

SEA & SHORE CONTRACTING, INC.
41 Lenox ST
Quincy, MA 02169

Shamrock Oak Products
31 Congreve St.
Boston, MA 02131

Shattuck Oil Co.
PO Box 273
Pepperill, MA 01463

Sheila Fraser
104 Knight St.
Milford, NH 03055

Sherburne, Patricia
27 Robin Rd.
Hudson, NH 03051

Simpson's Inc.
26 International Way
Lawrence, MA 01843

Sovereign Business Capital
214 Carnegie Center
Suite 302
Princeton, NJ 08540

Spartan Tool Co.
PO Box 6078
Elberton, GA 30635

St. Pierre Manufacturing Corp.
317 East Mountain St.
Worcester, MA 01606

Standard Electric
PO Box 5-0652
Woburn, MA 01815-0652

Standard of New England
100 West Rd.
Portsmouth, NH 03801

Staples Credit Plan
PO Box 68920
Des Moines, IA 50368-9020

Staples Industrial/Chiswick
PO Box 414524
Boston, MA 02241-4524

Suburban Propane
PO Box 702
Nashua, NH 03063

Sullivan Tire
PO Box 370
Rockland, MA 02370

Susan S. Clemens
35 Birch Rd.
Westford, MA 01886

Tadeusz Czerwonka
43 Gerson Terrace
Lowell, MA 01852

TAMCO
PO Box 371
Monongahela, PA 15063-0371

Tech Hydraulics, Inc.
226 High St.
Randolph, MA 12368

Technowire Company, Inc.
PO Box 7
Elberton, GA 30635

Terry Stark
41 NH Rte 101
Temple, NH 03084

Texaco/Shell
PO Box 689010
Des Moines, IA 50368-9010

Texas Refinery Corp.
PO Box 711
Fort Worth, TX 76101

The Coffee Man
PO Box 195
No. Billerica, MA 01862-0195

The O'Connor Group
10 Stearns Rd.
Bedford, MA 01730

The Travelers
CL Remittance Ctr.
Hartford, CT 06183-1008

Theodore L. Volis
49 C St.
Lowell, MA 01851

Thomas P. Donahue
68 B Hobbs Rd.
Pelham, NH 03076

Thomas S. Hannover
17 Surro Dr.
Framingham, MA 01701

Tianjin Foreign Trade Co., Ltd
No. 50 Nanjing Rd.
Tianjin, China PC 00030-0050

Topaz Engineering Supply, Inc.
35 Pond Park Rd.
Hingham, MA 02043

Town of Addison
PO Box 142
334 Water St.
Addison, ME 04606-0142

Town of Chelmsford/Tax Coll.
PO Box 100
Chelmsford, MA 01824

Town of Hopkinton, MA
Point Lockbox Ctr.
200 N. Main St. #1201
E. Longmeadow, MA 01028

Town of Madison
PO ox 248
Madison, NH 03849

Town of Mason Tax Coll.
16 Darling Rd.
Mason, NH 03048

Town of Milford, NH
C/O Citizens Bank
PO Box 981036
Boston, MA 02298-1036

Town of Westford Tax Collector
55 Main St.
Westford, MA 01886

Triangle Portable Services Inc.
29 Chester Rd.
Derry, NH 03038

TURNER CONSTRUCTION CO.
2 Seaport Lane
Boston, MA 02210

United House Site Service
PO B ox 9131
Foxboro, MA 02035-9131

United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001

UPS Freight
PO Box 730900
Dallas, TX 75373-0900

US Department of Labor
John F. Kennedy Federal Building
Room 525
15 New Sudbury Street
Boston, MA 02203

USP of New England
PO  Box 146
Hudson
Hudson, NH 03051

Verizon
PO Box 1100
Albany, NY 12250-0001

Verizon Wireless
PO Box 15062
Albany, NY 12212-5062

Victor B. Castellani
251 Commonwealth Ave.
Boston, MA 02116

Volta Oil
One Roberts Rd.
Plymouth, MA 02360

W.B. Mason
PO Box 111
Brockton, MA 02303

Walton EMC
PO Box 1347
Monroe, GA 30655-1347

Walton EMC
PO Box 1348
Monroe, GA 30655-1348

WATERMARK ENVIRONMENTAL, INC.
175 Cabot ST
Suite 503
Lowell, MA 01854

Wayne N. Bacon
5 Fuller Rd.
PO Box 197
Nuttings Lake, MA 01865

Welch Welding and Truck Equipment
164 Middlesex St.
N. Chelmsford, MA 01863

West Mountain Corp.
31 Glen Rd.
Leyden, MA 01301

Westford Ace Hardware
527 Groton Rd.
Westford, MA 01886

Westford Fire Department
PO Box 296
Westford, MA 01886

William F. Dirubbo
17 Ellsworth Rd.
Peabody, MA 01960

William Walker Jr.

Willis of Massachusetts, Inc.
One Industrial Way
Lowell, MA 01851-5100

Wilmer Voisine
39 Meade St.
Nashua, NH 03060

Windward Petroleum, Inc.
PO Box 31310
Hartford, CT 06150-1310

```
WynnCorp
141 Scout Lane
N. Attleboro, MA 02760

Yves Bolduc
104 Boxton St.
Manchester, NH 03102
```

# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re  **Fletcher Granite Company, LLC**

Debtor(s)

Case No.

Chapter  **11**

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I Steven Petrarca on behalf of the Chief Restructuring Officer, The O'Connor Group, Inc., ***hereby declare under penalty of perjury*** that all of the information contained in Fletcher Granite Company, LLC's bankruptcy petition and related documents (the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:                     Signed: _____

The O'Connor Group, Inc. by Steven Petrarca, Director
Chief Restructuring Officer

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:                     Signed: _____

David Reier, Esq.