B6F (Official Form 6F) (12/07)

In re    **Fletcher Granite Company, LLC**                              Case No. __10-43884__
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **ADP, Inc.** <br> **PO Box 9001006** <br> **Louisville, KY 40290-1006** | | - | | | | | | 5,097.68 |
| Account No. <br><br> **Advanced Fluid Systems** <br> **PO Box 360** <br> **Royersfort, PA 19468** | | - | | | | | | 30,562.84 |
| Account No. <br><br> **Aggregate Industries NE Region** <br> **1715 Broadway** <br> **Saugus, MA 01906** | | - | | **Subject to setoff.** | | | | 33,139.20 |
| Account No. <br><br> **Air Compresor Rebuilders** <br> **488 Main St.** <br> **Leominster, MA 01453** | | - | | | | | | 207.82 |
| | | | | Subtotal <br> (Total of this page) | | | | 69,007.54 |

__62__   continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                S/N:36960-100630    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Fletcher Granite Company, LLC    Case No.    10-43884
                                    ,
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Airgas East PO Box 827049 Philadelphia, PA 19182-7049 | | - | | | | | | 6,701.61 |
| Account No. | | | | | | | | |
| Airgas Safety, Inc. PO Box 951884 Dallas, TX 75395-1884 | | - | | | | | | 1,765.49 |
| Account No. | | | | | | | | |
| Alberto V. Dinis 4 Joiners Ct. 3rd Floor Lowell, MA 01852 | | - | | | | | | 218.33 |
| Account No. | | | | | | | | |
| Alfredo S. Nicolau 25 Fort Hill Ave. Lowell, MA 01852 | | - | | | | | | 629.33 |
| Account No. | | | | | | | | |
| All States Transport, Inc. PO Box 80029 Springfield, MA 01138 | | - | | | | | | 2,100.00 |

Sheet no. __1__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    11,414.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                                    ,    Case No. __**10-43884**__
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Allied Waste Service** <br>**PO Box 9001099** <br>**Louisville, KY 40290-1099** | | - | | | | | **7,419.15** |
| Account No. <br><br>**Allied Waste Service** <br>**PO Box 9001099** <br>**Louisville, KY 40290-1099** | | - | | | | | **2,298.81** |
| Account No. <br><br>**Allstate Paving Co., Inc.** <br>**PO Box 2062** <br>**Westford, MA 01866** | | - | | | | | **4,700.00** |
| Account No. <br><br>**American Express** <br>**PO Box 2855** <br>**New York, NY 10116-2855** | | - | | | | | **6,034.22** |
| Account No. <br><br>**Amesbury Foundry** <br>**56 Mill St.** <br>**Amesbury, MA 01913** | | - | | | | | **505.60** |

Sheet no. __**2**__ of __**62**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,957.78**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**
_____,
Debtor

Case No. ____**10-43884**____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Amherst Label<br>PO Box 596<br>Milford, NH 03055 | | - | | | | | 776.50 |
| Account No. | | | | | | | |
| Analisa DelloRusso White<br>124 Plain Rd.<br>Westford, MA 01886 | | - | | | | | 170.83 |
| Account No. | | | | | | | |
| Andrzej Najwer<br>12 Village Lane<br>Unit 34<br>Tyngsboro, MA 01879 | | - | | | | | 503.25 |
| Account No. | | | | | | | |
| Apollo Motor Express<br>PO Box 149<br>Millbury, MA 01527 | | - | | | | | 1,569.23 |
| Account No. | | | | | | | |
| Arnold Lumber Inc.<br>251 Fairgrounds Rd.<br>PO  Box 217<br>West Kingston, RI 02892 | | - | | | | | 1,078.10 |

Sheet no. __3__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,097.91

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                              Case No.    **10-43884**

                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. ASAP Fire and Safety Corp. 90 Progress St. Unit #3 Tyngsboro, MA 01879 | - | | | | | | | 3,757.46 |
| Account No. Aspen Publishers 4829 Innovation Way Chicago, IL 60682-0048 | - | | | | | | | 354.31 |
| Account No. Austin Clough RFD Lbox 27 Slip Rd. Greenfield, NH 03047 | - | | | | | | | 0.00 |
| Account No. Automation Direct.com, Inc. PO Box 402417 Atlanta, GA 30384-2417 | - | | | | | | | 78.29 |
| Account No. Avelino M. DeAgrela 33 Boston Rd. Lowell, MA 01852 | - | | | | | | | 387.90 |

Sheet no. __4__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,577.96

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                                    Case No.    **10-43884**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| **Bain Pest Control Service** 1320 Middlesex St. Lowell, MA 01851-1297 | | - | | | | | 177.00 |
| Account No. | | | | | | | |
| **Balas, Alphen & Santos, P.C.** 200 Littleton Rd. Westford, MA 01886 | | - | | | | | 7,227.26 |
| Account No. | | | | | | | |
| **Belmont and Crystal Springs** PO Box 660579 Dallas, TX 75266-0579 | | - | | | | | 2,603.71 |
| Account No. | | | | | | | |
| **Benefit Strategies, Inc.** PO Box 1300 Manchester, NH 03105-1300 | | - | | | | | 225.00 |
| Account No. | | | | | | | |
| **Benefit Strategies, Inc.** PO Box 1660 Manchester, NH 03105-1660 | | - | | | | | 218.00 |

Sheet no.  **5**  of  **62**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      10,450.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                                    ,     Case No. __**10-43884**__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bernard Pointer** <br>**11 Crestwood Dr.** <br>**Hollis, NH 03049** | - | | | | | | 0.00 |
| Account No. <br><br>**Bicknell Supply Co.** <br>**PO Box 967** <br>**Rockland, ME 04841-0967** | - | | | | | | 203.71 |
| Account No. <br><br>**Bilco Wire Rope & Supply Corp.** <br>**1285 Central Ave.** <br>**Hillside, NJ 07205** | - | | | | | | 6,671.23 |
| Account No. <br><br>**Boston Centerless** <br>**11 Presidential Way** <br>**Woburn, MA 01801** | - | | | | | | 250.00 |
| Account No. <br><br>**Boston Mutual Life Insurance** <br>**PO Box 844033** <br>**Boston, MA 02284-4033** | - | | | | | | 201.44 |

Sheet no. __6__ of __62__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     7,326.38

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fletcher Granite Company, LLC**               Case No.   **10-43884**

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Braxton-Bragg Corporation PO Box 5407 Knoxville, TN 37924 | - | | | | | | 51.40 |
| Account No. | | | | | | | |
| Brenda M. Lamy 126 Willowdale Road Tyngsboro, MA 01879 | | | | | | | 400.00 |
| Account No. | | | | | | | |
| Broadview Networks PO Box 9242 Uniondale, NY 11555-9242 | - | | | | | | 659.31 |
| Account No. | | | **Subject to setoff.** | | | | |
| C.J. Mabardy 50 Mooney St. Cambridge, MA 02138 | - | | | | | | 549.41 |
| Account No. | | | | | | | |
| Cableworks, Inc. PO Box 651 Putnam, CT 06260 | - | | | | | | 1,446.77 |

Sheet no.  **7**  of  **62**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         3,106.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                                          Case No. ___**10-43884**___
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CAPUANO CONSTRUCTION** 48 Slayton Rd Melrose, MA 02176 | | - | | | | | 850.00 |
| Account No. **Carl J. Gibbs** 109 Broadston Dr. Mars, PA 16046 | | - | | | | | 4,000.00 |
| Account No. **Carlton L. Carter** 10 Rosedale St. Hooksett, NH 03106 | | - | | | | | 0.00 |
| Account No. **Carparts of Tyngsboro** 63 Middlesex Rd. Tyngsboro, MA 01879 | | - | | | | | 1,805.90 |
| Account No. **Carrieres Polycor** 70 Rue Saint-Paul Quebec Cananda G1K3V9 | | - | | | | | 4,211.40 |

Sheet no. __8__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,867.30

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fletcher Granite Company, LLC**                                     Case No. ___**10-43884**___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cashman & Lovely PC** <br> **60 Austin St.** <br> **Suite 210** <br> **Newtonville, MA 02460** | - | | | | | | 30,802.20 |
| Account No. <br><br> **Castellani, Victor** <br> **251 Commonwealth Ave.** <br> **Boston, MA 02116** | - | | | | | | 14,757.34 |
| Account No. <br><br> **Catron-Theimeg, Inc.** <br> **PO Box 200477** <br> **Pittsburgh, PA 15251-0472** | - | | | | | | 893.85 |
| Account No. <br><br> **CCIA** <br> **912 Silas Deane Hwy.** <br> **Wethersfield, CT 06109** | - | | | | | | 575.00 |
| Account No. <br><br> **Celestino R. Lourenco** <br> **305 Concord Rd.** <br> **Lowell, MA 01852** | - | | | | | | 1,200.00 |

Sheet no. __9__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    48,228.39

B6F (Official Form 6F) (12/07) - Cont.

In re    __Fletcher Granite Company, LLC_____,    Case No. __10-43884_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Cembre 181 Fieldcrest Ave. Edison, NJ 08837 | - | | | | | | 169.00 |
| Account No. CENEDELLA MASONRY 19 East Walnut St. Milford, MA 01757 | - | | | | | | 800.00 |
| Account No. Charles Precourt & Sons Inc 46 Union ST Sudbury, MA 01776 | - | | Subject to setoff. | | | | 400.00 |
| Account No. CHARLES R. TODD CONTRATOR, INC 4 Stearns Lane Billerica, MA 01821 | - | | | | | | 2,593.23 |
| Account No. Charles T. Leurini 94 Armory Rd. Milford, NH 03055 | - | | | | | | 0.00 |

Sheet no. __10__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,962.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                               Case No.    **10-43884**
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Charrette LLC**<br>**31 Olympia Ave**<br>**Woburn, MA 01888** | - | | | | | | 0.00 |
| Account No.<br><br>**Chase Electric MTR/DBA Wright**<br>**78 Londonderry Tpke**<br>**Unit G1**<br>**Hooksett, NH 03106** | - | | | | | | 550.00 |
| Account No.<br><br>**Chelmsford Auto Electric**<br>**141 Middlesex Rd.**<br>**Tyngsboro, MA 01879** | - | | | | | | 2,451.08 |
| Account No.<br><br>**Cheryl A. Gaulin**<br>**18 Maple St.**<br>**Lot #1**<br>**Pepperell, MA 01463** | - | | | | | | 0.00 |
| Account No.<br><br>**Christopher M. Morin**<br>**1 Whitney Dr.**<br>**Westford, MA 01886** | - | | | | | | 0.00 |

Sheet no. __11__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          3,001.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                    ,     Case No. _____**10-43884**_____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CIM/Construction Industry of MA** <br> **PO Box 667** <br> **Norwood, MA 02062** | - | | | | | | 4,690.00 |
| Account No. <br><br> **City of Attleboro** <br> **C/O Hwy Dept.** <br> **77 Park St.** <br> **Attleboro, MA 02703** | - | | | | | | 822.20 |
| Account No. <br><br> **CLASSIC SITE SOLUTIONS INC.** <br> **70 Margaret Ln** <br> **Ludlow, MA 01056** | - | | Subject to setoff. | | | | 1,100.00 |
| Account No. <br><br> **CO.FI Plast USA Inc.** <br> **221 Railway** <br> **Milbank, SD 57252** | - | | | | | | 173,179.88 |
| Account No. <br><br> **COASTAL CONSTRUCTION CORP** <br> **22 Depot St.** <br> **Duxbury, MA 02331** | - | | | | | | 3,876.02 |

Sheet no. __**12**__ of __**62**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     183,668.10
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Fletcher Granite Company, LLC                              Case No.    10-43884
                                                   ,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Comm of MA/Dept of Environ. Protection PO Box 3982 Boston, MA 02241-3982 | - | | | | | | 1,490.00 |
| Account No. | | | | | | | |
| Consigli Construction 72 Summer St. Milford, MA 01757 | | | | | | | 47,491.61 |
| Account No. | | | | | | | |
| Consolidated Lumber Transport PO Box 15090 Newark, NJ 07192-5090 | - | | | | | | 14,375.00 |
| Account No. | | | | | | | |
| Controls for Automation Inc. PO Box 4126 Dedham, MA 02027-4126 | - | | | | | | 351.56 |
| Account No. | | | | | | | |
| Copilabs 49 Methuen St. Lawrence, MA 01840 | - | | | | | | 1,142.38 |

Sheet no.  13  of  62  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              64,850.55

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    __Fletcher Granite Company, LLC_____,    Case No. ___10-43884_____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| COSTA BROTHERS MASONRY, INC. 7 Lamberth Park Dr Fairhaven, MA 02719 | - | | | | | | | 650.00 |
| Account No. | | | | | | | | |
| CRA Payment Center PO Box 3900 Lancaster, PA 17604-3900 | | | | | | | | 95.06 |
| Account No. | | | | | | | | |
| Cummins Northeast, Inc. 100 Allied Drive Dedham, MA 02026 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Curb Sales - Custom 540 Groton Rd. Westford, MA 01886 | - | | | | | | | 5,101.28 |
| Account No. | | | | | | | | |
| Cut Stone Custom Sales 540 Groton Rd. Westford, MA 01886 | - | | | | | | | 2,695.02 |
| Sheet no. __14__ of __62__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 8,541.36 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fletcher Granite Company, LLC**                                        Case No.   **10-43884**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cynthia Trudel** <br> **12 Heritage Rd.** <br> **Pelham, NH 03076** | - | | | | | | 1,450.00 |
| Account No. <br><br> **D & L Thomas Equipment Corp.** <br> **PO Box 200** <br> **Spofford, NH 03432** | - | | | | | | 536.25 |
| Account No. <br><br> **D&R General Contracting** <br> **138 Franklin Street** <br> **Stoneham, MA 02180** | - | | | | | | 0.00 |
| Account No. <br><br> **D&W Diesel, Inc.** <br> **1503 Clark St. Rd.** <br> **Auburn, NY 13021-9593** | - | | | | | | 1,525.39 |
| Account No. <br><br> **D'Amico & Chenelle** <br> **33 Waldo Street** <br> **Worcester, MA 01608** | - | | | | | | 0.00 |

Sheet no. __15__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,511.64

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fletcher Granite Company, LLC**                                    Case No.   **10-43884**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Daigh Company, Inc.**<br>**2393 Canton Hwy.**<br>**Suite 400**<br>**Cumming, GA 30040** | - | | | | | | 1,599.00 |
| Account No.<br><br>**Dale D. Keirstead**<br>**152 Temple St.**<br>**W. Boylston, MA 01583** | - | | | | | | 218.00 |
| Account No.<br><br>**Daniel J. McGrath**<br>**5 Cedar Circle**<br>**Townsend, MA 01469** | - | | | | | | 63.85 |
| Account No.<br><br>**David B. Morin**<br>**96 Catherine St.**<br>**Dracut, MA 01826** | - | | | | | | 1,593.90 |
| Account No.<br><br>**David J. St. Pierre**<br>**458 Walnut St.**<br>**Apt. #4**<br>**Manchester, NH 03104** | - | | | | | | 275.00 |

Sheet no. __16__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              3,749.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Fletcher Granite Company, LLC                                    Case No.    10-43884
                                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. David M. Psaledas 426 Laurel St. Manchester, NH 03103 | - | | | | | | 7,427.16 |
| Account No. Davis,Malm & D'Agostine One Boston Place Boston, MA 02108 | | | | | | | 50,687.61 |
| Account No. Delta Energy Services, LLC PO Box 712384 Cincinnati, OH 45271-2384 | - | | | | | | 3,000.00 |
| Account No. Dennis J. Salisbury 31 Woodlawn Ave. Billerica, MA 01821 | - | | | | | | Unknown |
| Account No. Dennis K. Burke, Inc. PO Box 3639 Boston, MA 02241 | - | | | | | | 43,731.55 |

Sheet no. __17__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      104,846.32

B6F (Official Form 6F) (12/07) - Cont.

In re   Fletcher Granite Company, LLC                                   Case No.   10-43884
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Diesel Equipment Inc. PO Box 670 Seabrook, NH 03874 | - | | | | | | | 115.61 |
| Account No. | | | | | | | | |
| DJ Salyer, Inc. 85 River Rd. Suite 28, Box 8 Bow, NH 03304-3331 | - | | | | | | | 2,814.00 |
| Account No. | | | | | | | | |
| Donald E. Grenier 1378 Mammoth Rd. Dracut, MA 01826 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| E.W. Larson Reload, Inc. 38 Old Auburn Rd. Derry, NH 03038 | - | | | | | | | 20,430.65 |
| Account No. | | | | | | | | |
| Earthlink PO Box 790216 St. Louis, MO 63179-0216 | - | | | | | | | 135.70 |

Sheet no. __18__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            23,495.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                                    Case No. ___**10-43884**___
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Eastern Bearings Inc. PO Box 540647 Waltham, MA 02454 | - | | | | | | | 17,506.90 |
| Account No. | | | | | | | | |
| Ed Shive Tire and Battery Inc. PO Box 250 Elberton, GA 30635 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Edward H. Dame 51 Kimball Hts. Greenville, NH 03048 | - | | | | | | | 276.90 |
| Account No. | | | | | | | | |
| Eutectic Corporation PO Box 88893 Milwaukee, WI 53288-0893 | - | | | | | | | 355.32 |
| Account No. | | | | | | | | |
| Everett D. Ramsdell 1 Wall St. Milford, NH 03055 | - | | | | | | | 0.00 |

Sheet no. __19__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    18,139.12

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**

Debtor

Case No. _____**10-43884**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Everett Enterprises, Inc. PO Box 87 Arlington, MA 02174 | - | | | | | | 2,370.80 |
| Account No. | | | | | | | |
| EW Larson & Sons, Inc. 38 Rhodes St. Billerica, MA 01821-3881 | - | | | | | | 450.00 |
| Account No. | | | Subject to setoff. | | | | |
| F.C. Construction Corp PO Box 1630 Westport, MA 02790 | - | | | | | | 7,909.71 |
| Account No. | | | | | | | |
| F.W. Webb 160 Middlesex Turnpike Bedford, MA 01730 | - | | | | | | 8,882.42 |
| Account No. | | | | | | | |
| Farmers Hardware 1211 Atlanta Hwy. Madison, GA 30650 | - | | | | | | 520.00 |

Sheet no. __20__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,132.93

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Fletcher Granite Company, LLC                          Case No.    10-43884
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| FC CONST/ JH LYNCH JTCK    RI PO  Box 1630 Westport, MA 02790 | - | | | | | | | 100,247.00 |
| Account No. | | | | | | | | |
| FC CONST/ LAWRENCE LYNCH JTCK PO  Box 1630 Westport, MA 02790 | - | | | | | | | 208.69 |
| Account No. | | | | | | | | |
| FC CONST/ PAOLINI CORP PO  Box 1630 Westport, MA 02790 | - | | | | | | | 6,114.74 |
| Account No. | | | | | | | | |
| FedEx PO Box 371461 Pittsburgh, PA 15250-7630 | - | | | | | | | 233.17 |
| Account No. | | | | | | | | |
| Fletcher Granite Mutual 540 Groton Rd. Westford, MA 01886 | - | | | | | | | 2,878.00 |

Sheet no.  21  of  62  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          109,681.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                                    Case No. ___**10-43884**_____
                                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Fraccaroli & Balzan s.r.l.** 37026 Pescantina (VR) FR | | - | | | | | 403.08 |
| Account No. **Francis G. Makos Jr.** 1 Robert Rd. Tyngsboro, MA 01879 | | | | | | | 0.00 |
| Account No. **Frank B. Ormonde** 114 Photine Dr. Lowell, MA 01854 | | - | | | | | 0.00 |
| Account No. **Frank P. McCartin Co.** PO Box 1599 Lowell, MA 01853-1599 | | - | | | | | 447.27 |
| Account No. **Frank P. Silva** 102 Plain Rd. Westford, MA 01886 | | - | | | | | 0.00 |

Sheet no. __22__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              850.35

B6F (Official Form 6F) (12/07) - Cont.

In re    Fletcher Granite Company, LLC                    Case No.    10-43884
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Frank V. Ward 40 North St. Milford, NH 03055 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Frederickseal, Inc. 461 Straw Rd. Manchester   03102-2594 | | | | | | | | 287.34 |
| Account No. | | | | | | | | |
| Gary D. Knox 6 Beech St. Lowell, MA 01850 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| GCR Truck Tire Centers 459 E. Industrial Park Dr. Manchester, NH 03109 | | - | | | | | | 5,401.32 |
| Account No. | | | | | | | | |
| GE Capital PO Box 642555 Pittsburgh, PA 15264-2555 | | - | | | | | | 1,705.20 |

Sheet no.   23   of   62   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              7,393.86

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Fletcher Granite Company, LLC                              Case No. ___10-43884___
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Geiger Brothers <br> PO Box 712144 <br> Cincinnati, OH 45271-2144 | - | | | | | | 823.24 |
| Account No. <br><br> Georgia Stone Industries <br> 15 Branch Pike <br> Esmond, RI 02917 | - | | | | | | 30,223.00 |
| Account No. <br><br> Gerald D. Sarno <br> 5 Cliff Road <br> Gloucester, MA 01930 | - | | | | | | 31,607.40 |
| Account No. <br><br> GLEASON/INESON STONE SUPPLIER <br> 55 Turbine Rd. <br> Merrimack, NH 03054 | - | | | | | | 851.18 |
| Account No. <br><br> Global Source Link <br> PO Box 870871 <br> Kansas City, MO 64787-0871 | - | | | | | | 2,929.90 |

Sheet no. __24__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    66,434.72

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                                    Case No. ___**10-43884**___
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GMAC** PO Box 9001952 Louisville, KY 40290-1952 | - | | | | | | 1,463.42 |
| Account No. **Granite City Electric Supply** PO Box 699189 Quincy, MA 02269-9189 | | | | | | | 401.02 |
| Account No. **Granite City Tool Co. Of VT** PO Box 411 Barre, VT 05641 | - | | | | | | 445.40 |
| Account No. **Granite State Concrete** 180 Phoenix Ave. Lowell, MA 01852 | - | | | | | | 40,283.29 |
| Account No. **Granite State Council** | - | | | | | | 100.00 |

Sheet no. __25__ of __62__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    42,693.13

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                                      Case No. _____**10-43884**_____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gray, Gray & Gray, LLP** <br> **34 Soutwest Park** <br> **Westwood, MA 02090** | - | | | | | | 28,584.50 |
| Account No. <br><br> **GZA Envirnomental** <br> **PO Box 711810** <br> **Cincinnati, OH 45271-1810** | - | | | | | | 1,220.31 |
| Account No. <br><br> **Happyfellow Investments Ltd.** <br> **Sec 3rd Chi Fon Rd.** <br> **Yan Shin Village** <br> **Chi an County** <br> **Hualien, Taiwan 973** | - | | | | | | 0.00 |
| Account No. <br><br> **Harvard Pilgrim Healthcare** <br> **PO Box 970050** <br> **Boston, MA 02297-0050** | - | | | | | | 0.00 |
| Account No. <br><br> **Hermel Grenier** <br> **2 Melody Lane** <br> **Londonderry, NH 03053** | - | | | | | | 533.00 |

Sheet no. __26__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    30,337.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                                ,    Case No.    **10-43884**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Hilario A. Carreti 134 Bowden St. Apt. 102 Lowell, MA 01852 | - | | | | | | 0.00 |
| Account No. Home Depot Credit Services PO Box 9055 Des Moines, IA 58368-9055 | - | | | | | | 1,055.95 |
| Account No. Hudson Monuments, Inc. 77 Dracut Road Hudson, NH 03051 | - | | | | | | 0.00 |
| Account No. HUNTER GRANITE SALES, INC. PO Box 884 Elberton, GA 30635 | - | | | | | | 1,008.00 |
| Account No. Husqvarna Construction Product PO Box 2771 Carol Stream, IL 60132-2771 | - | | | | | | 50,566.66 |

Sheet no. __27__ of __62__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    52,630.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fletcher Granite Company, LLC**                                                 Case No. ___**10-43884**___
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Industrial Hearing Testing** **19 Midstate Dr.** **Suite 220** **Auburn, MA 01501** | | - | | | | | 1,113.00 |
| Account No. | | | | | | | |
| **Industrial Solutions** **PO  Box 3808** **Nashua, NH 03061** | | - | | | | | 1,336.11 |
| Account No. | | | | | | | |
| **ITT Flygt Corporation** **PO Box 371630** **Pittsburgh, PA 15250-7630** | | - | | | | | 1,088.00 |
| Account No. | | | | | | | |
| **J & B Trucking** **PO Box 89** **Pinehurst, MA 01866** | | - | | | | | 22,863.66 |
| Account No. | | | | | | | |
| **James R. Dupell** **108 Souhegan Ave.** **Amherst, NH 03031** | | - | | | | | 0.00 |

Sheet no. __28__ of __62__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  26,400.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fletcher Granite Company, LLC**                                          Case No.   __10-43884__
_____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Jan Moskal**<br>**14 Kathleen Circle**<br>**Lowell, MA 01852** | - | | | | | | 2,218.13 |
| Account No. | | | | | | | |
| **Jeffrey C. Willett**<br>**51 Mill St.**<br>**Pepperell, MA 01463** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Jeffrey N. Testa**<br>**33 Seminole Rd.**<br>**Pepperell, MA 01463** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Joao M. Brazil**<br>**PO Box 967**<br>**Lowell, MA 01852** | - | | | | | | 1,421.20 |
| Account No. | | | | | | | |
| **Joao M. Pacheco**<br>**92 Third St.**<br>**Lowell, MA 01850** | - | | | | | | 1,914.00 |

Sheet no. __29__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,553.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                                    Case No.    **10-43884**
                                                    ,
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| John C. Mackey 6 Autumn Leaf Dr. Unit 1 Nashua, NH 03060 | - | | | | | | | 150.90 |
| **Account No.** | | | | | | | | |
| John C. Ward 18 Springvale Ave. Brookline, NH 03033 | - | | | | | | | 210.90 |
| **Account No.** | | | | | | | | |
| Jose M. Meneses 236 Maple St. Tewksbury, MA 01876 | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| Joseph R. Oliver Jr. 739 Hildreth St. Dracut, MA 01826 | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| JPM Hydraulics 131 Montreau St. Lowell, MA 01852-4483 | | | | | | | | 2,994.27 |

Sheet no. __30__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,356.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fletcher Granite Company, LLC**                                           Case No. ___**10-43884**___
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Kamar Jo Adamo 426 Laurel St. Manchester, NH 03103 | | - | | | | | 1,491.75 |
| Account No. | | | | | | | |
| Kate Fitzpatrick, Assistant Attorney Gen Massachusetts Attorney General Fair Labor Division One Exchange Place Worcester, MA 01608 | X | - | | | | | 25,000.00 |
| Account No. | | | | | | | |
| Kathleen K. Herbert 122 Wilsonville Rd. N. Grosvenordale, CT 06255 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Kaufman Company Co., Inc. PO Box 9126 Norwood, MA 02062-9126 | | - | | | | | 542.43 |
| Account No. | | | | | | | |
| Keirstead, Dale | | - | | | | | 400.00 |

Sheet no. __31__ of __62__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      27,434.18

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Fletcher Granite Company, LLC**                                        Case No. ___**10-43884**___
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Keith W. Bomil<br>166 Burnham Rd.<br>Lowell, MA 01852** | - | | | | | | 0.00 |
| Account No.<br><br>**Kenneth J. Collette<br>66 Mission Rd.<br>Tyngsboro, MA 01879** | - | | | | | | 33.00 |
| Account No.<br><br>**Kevin D. McElhiney<br>12 Stoneview Dr.<br>Westford, MA 01886** | - | | | | | | 432.80 |
| Account No.<br><br>**Kimball Midwest<br>Dept L-2780<br>Columbus, OH 43260-2780** | - | | | | | | 92.40 |
| Account No.<br><br>**Kingsbury, Ron<br>9 Kingsbury Rd.<br>Thompson, CT 06277** | - | | | | | | 4,300.00 |

Sheet no. __32__ of __62__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,858.20

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy