B6G (Official Form 6G) (12/07)

In re   **Fletcher Granite Company, LLC**   Case No.   **10-43884**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GE Capital**<br>PO Box 3083<br>Cedar Rapids, IA 52406 | Office equipment (copier) |
| **Granite State Concrete**<br>180 Phoenix Ave.<br>Lowell, MA 01852 | Non-residential real property lease |
| **IBM Corp.**<br>1360 Boul-Levesque O<br>Montreal, Quebec<br>H3G2W6<br>Canada | Computer equipment |
| **Marlin Leasing Corp.**<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | Office equipment (copier) |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Fletcher Granite Company, LLC**                                              Case No.   __**10-43884**__
                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kathleen Herbert, Plan Administrator**<br>**122 Wilsonville Road**<br>**North Grosvenordale, CT 06255** | **US Department of Labor**<br>**John F. Kennedy Federal Building**<br>**Room 525**<br>**15 New Sudbury Street**<br>**Boston, MA 02203** |
| **Victor Castellani**<br>**251 Commonwealth Ave.**<br>**Boston, MA 02116** | **Kate Fitzpatrick, Assistant Attorney Gen**<br>**Massachusetts Attorney General**<br>**Fair Labor Division**<br>**One Exchange Place**<br>**Worcester, MA 01608** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**United States Bankruptcy Court**
**District of Massachusetts**

In re  **Fletcher Granite Company, LLC**                    Case No.  **10-43884**
                                    Debtor(s)                Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __96__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    8/25/10           Signature    _____
                                        The O'Connor Group, Inc. by Steven Petrarca, Director
                                        **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§ 152 and 3571.