**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. |
| FLETCHER GRANITE COMPANY, LLC | ) | 10-43884-MSH and |
| | ) | 10-44443-MSH |
| and | ) | |
| | ) | (Jointly administered) |
| FLETCHER GRANITE COMPANY OF | ) | |
| GEORGIA, LLC | ) | |
| | ) | |
| Debtors. | ) | |

**MEMORANDUM REGARDING DEBTORS' MOTION FOR**
**AUTHORITY TO INCUR INDEBTEDNESS**

At Worcester in said District this 16th day of September, 2010.

On final hearing of the motion for order authorizing debtors, Fletcher Granite Company, LLC and Fletcher Granite Company of Georgia, LLC, to obtain postpetition financing from Sovereign Bank with administrative superpriority and secured by liens on all assets of the debtors, after considering arguments of counsel and supporting pleadings, including the opposition of the creditors' committee to the proposed final borrowing order on the grounds that paragraph 12 of the order bars the debtor and creditors' committee (but not a chapter 7 trustee) from seeking a Bankruptcy Code § 506(c) recovery from the bank's collateral, and upon the offer of proof by debtors' counsel as to the anticipated total net proceeds from the sale and liquidation of the assets of the estate, which offer of proof projects net proceeds, after payment in full of all amounts owed to the bank, of approximately $600,000, and in light of the pendency of a motion to sell to a stalking horse bidder most (but not all) of the debtors' assets for a purchase price equal to the

1

bank's pre-petition debt, and in light of the bank's agreeing to fund (i) $112,000 to pay the debtors' chief restructuring officer; (ii) $100,000 in fees of professionals employed by the debtor and creditors' committee; (iii) any unpaid Court or United States Trustee fees and (iv) unpaid postpetition wages, salaries and benefits and other postpetition expenses set forth in the debtors' 13 week budget; I find that the proposed final order submitted by the debtors is reasonable under the circumstances and will enter it as an order of this Court.

By the Court,

_____
Melvin S. Hoffman
U.S. Bankruptcy Judge

2